# EXHIBIT A

# Collection of Restitution and Debts Owed Kansas District Courts

# Work Plan for the State of Kansas, 10th Judicial District

This work plan (Plan) is entered by and between the Chief Judge of the 10th Judicial District (Court) and Butler & Associates PA (Contractor) and is approved by the Judicial Administrator (OJA). This Plan is established as required by Section 1.7 of the contract for court debt and restitution collection services, Contract No. 57031 (Contract) entered into between the Contractor and OJA. It provides further details regarding conveyance of accounts, collection procedures, and other detailed matters under that Contract.

The Court and Contractor agree as follows:

**A.    Data**

1. The Court may refer any delinquent case, regardless of the age of the case, to the Contractor for collection activities. The Chief Judge will determine the case types that may be referred to the Contractor and when a case is considered delinquent. The Court will not refer sealed cases. Transmission of case referrals will be performed by centralized court payment center after the clerk of the district court has had an opportunity to review the cases. In the event the Contractor receives a referral that appears to be a sealed case, the Contractor will contact the Court to determine whether the case was erroneously referred before commencing collections. The Court has the right to recall a case from the Contractor at any time.

2. The Contractor will not collect any debt which is void. If the referred debt is void, the Contractor must return the case to the clerk of the district court or the centralized court payment center.

3. The Contractor will accept accounts from the Court in any dollar amount.

4. If available, the following data will be provided by the Court when a case is referred to the Contractor: Case number, judgment date, debtor's name, last known address, telephone number, employment information, date of birth, driver's license number, social security number, amount due, and the violation description, if applicable. The name and address of the beneficiary of the restitution will also be included if available and applicable to the respective case. The Contractor will only accept or transmit data by a secure file transfer protocol. Transmission of data by the centralized court payment center shall be sufficient performance of this duty by the Court.

5. The Contractor acknowledges that any and all data provided in connection with the Contract and any amendments thereto will be used solely for the purpose of performing work under the Contract and for no other purpose. The Court or the Court through the centralized court payment center will promptly update and correct any data it has provided to the Contractor, including information regarding the payment or other satisfaction of indebtedness made directly to the Court or the centralized court payment center. The Contractor acknowledges that the data provided remains the property of the Court or the centralized court payment center. The Contractor agrees and acknowledges that it will safeguard confidential information, including, but not limited to, personally identifiable information (hereinafter PII), provided by the Court or the centralized court payment center to the Contractor in connection with the Contract. Any and all data will be returned to the Court or centralized court payment center upon expiration or termination of the Contract or upon the Court's request thereof.  "Safeguard" means complying with the laws of the State of Kansas for the protection of PII, including but not limited to K.S.A. 50-7a01 *et seq.;* complying with Kansas Supreme Court rules for the protection of PII, including but not limited to Supreme Court Rule 24; complying with the laws of the United States, including the Violence Against Women's Act, and following the Guide to Protecting the Confidentiality of Personally Identifiable Information set forth in NIST Special Publication 800-122.  "Personally identifiable information" includes any information about an individual maintained by the Court, the centralized court payment center, or Contractor, including (1) any information that can be used to distinguish or trace an individual's identity, such as name, social security number, date and place of birth, mother's maiden name, or biometric records; and (2) any other information that is linked or linkable to an individual, such as medical, educational, financial, and employment information.

6. The Contractor certifies that it will not use or distribute any data contained in or derived from the records requested for the purpose of facilitating the sale, or offer of sale, of any property or service to any person including any person listed in the data or any person who resides at an address listed in the data.

7. The Contractor will promptly communicate in writing to the Court if a beneficiary of restitution requests its services.

B. **Collection Activities**

1. Upon receipt of case information and successful input of the data into the Contractor's computer system, the Contractor will initiate collection efforts within five business days. The Contractor will use its expertise when deciding the

2

appropriate collection efforts to be undertaken on a given case. "Collection efforts" include those listed in Section 1.8 of the Contract, which includes reviewing the referred debt to determine if the debt is void under K.S.A. 60-2403. Reasonable attempts will be made to locate a debtor when the address provided by the Court is determined to be invalid.

2. As stated in Section 1.12 of the Contract, the Contractor has the right to make payment arrangements based on the Contractor's expertise. However, the amount owed to the Court will not be changed without an order of the Court. Further, as set out in Section 1.9 of the Contract, no interest will be collected by the Contractor on any referred debt or restitution.

3. The Contractor agrees to do the following when deemed legally appropriate by the Contractor, or as directed by the Chief Judge or OJA:

- review accounts and commence legal action to preserve or recover referred debts;
- file proofs of claim in bankruptcy cases and litigate those claims when necessary;
- represent the court in any setoff appeals filed through the office of administrative hearings;
- file claims against the estate of deceased debtors upon notification of death and filing of a probate case; and
- file an entry of appearance as a debt collection vendor for the Court.

C. **Remittance and Reporting**

1. Remittance will be made to the Court as provided in the Contract, including Section 1.14, Section 1.15, and Section 1.17. The Contractor will submit payment to the Clerk of the District Court or OJA, as specified by the CFO, and also submit a substantiating statement. The substantiating statement will provide the debtor's name, the Court's case number, the amount paid by the debtor, the amount retained as fee by the Contractor, the remaining balance, if any, and the amount due the Court. As allowed by Section 1.14 of the Contract, Contractor may initiate a hold on any monies collected to ensure the funds clear the originating institution before remittance to the Court.

2. Contractor will provide daily reports to the Court as provided by Section 1.17 of the Contract. The daily reports include (1) paid in full accounts, (2) cases affected when a debtor has filed for bankruptcy, and (3) cases affected when a debtor dies

3

        or is found to be already deceased. As set out in the Contract, an account is not considered "paid in full" until all funds have cleared the relevant financial institutions. The Contractor agrees to provide additional statistical reports to the Court as may be deemed necessary by the Court.

3.     The Court will not accept any payments on an account once the account has been referred to the Contractor for collection activities. The Contractor will provide customer service information to the Court, including but not limited to, a phone number to a dedicated customer service representative assigned to assist the Court with all questions. The Court will refer any individual seeking to determine the total amount owed on an account to the Contractor. The Contractor will maintain accurate records as required by the Contract.

**D.**     **Termination**

This Plan will terminate on December 31, 2025, unless terminated earlier in accordance with this paragraph. The 10th Judicial District or the Contractor may, at any time, terminate this Plan, in whole or in part, upon thirty (30) days prior written notification. The Plan will also terminate if the Contract is terminated.

**E.**     **Compensation**

The Contractor will receive a 25% collection fee as compensation, as provided by the Contract. The Contractor will collect and remit to OJA an administrative fee as provided by the Contract.

An example of how collection fees are calculated by the Contractor is set forth below.

    Example:     25% Retained Fee
                        $100.00   principal
                          $33.79   collection fee
                            $1.35   administrative fee
                        **$135.14**   **total debtor owes**
                        $100.00   remitted to court
                          $33.79   retained by contractor
                            $1.35   remitted to Judicial Administrator

F.  **Effective Date**

This Plan will become effective when all parties have signed it.  If the Plan is returned without an accompanying date, the date of signature will be deemed to be the same as that of the Judicial Administrator's signature.

Date: Jan 3, 2025

*J. Charles Droege*
J. Charles Droege (Jan 3, 2025 15:15 CST)

Hon. James Charles Droege
Chief Judge

Date: Jan 3, 2025

*Todd B. Butler*
Todd B. Butler (Jan 3, 2025 17:17 CST)

Todd Butler
Butler & Associates PA

Date: Jan 6, 2025

*Stephanie Smith*

Stephanie Smith
Judicial Administrator

5