# EXHIBIT B



Kansas State Board of Indigents' Defense Services
# FY 2024 ANNUAL REPORT



Kansas State Board of Indigents' Defense Services

# FY 2024 Annual Report

Kansas State Board of Indigents' Defense Services

700 SW Jackson Street, Suite 500

Topeka, KS 66603

785-296-6631

inquiry@sbids.org

www.sbids.org

Pictured on the front cover: Group Photo taken of Kansas Public Defenders and Assigned Counsel at the Ramada in Topeka during our June 2024 2nd (in-person) Annual BIDS Conference.  Photo taken by BIDS Training Director Christina Waugh.

# Table of Contents

FY 2024 Facts At A Glance   4-5
Letter from the Director   6-7
FY 2024 Agency Appropriations Chart   8
BIDS Background & History   9
BIDS FY 2024 Board Members   10
BIDS FY 2024 Board Meetings & Public Hearings   11
BIDS FY 2024 Admin Office Executive Officers   12
BIDS Organizational Structure   13
List of Kansas Public Defender Offices   14-15
BIDS FY 2024 Public Defense Coverage Areas By Type   16
Administrative Office Operations   17-19
    Director   17
    Finance: Accounting/Auditing   17-18
    Human Resources   18
    Information Technology Systems   18
    Legal Division   18-19
    Training Division   19
    Special Projects   19
Public Defender Office Operations   20-34
    Trial Level Public Defender Offices   20-31
        North Central Regional Public Defender (Junction City)   20
        Northeast Kansas Conflicts Public Defender (Topeka)   21
        Reno County Public Defender Office (Hutchinson)   22
        Salina Regional Public Defender Office (Salina)   23
        Sedgwick County Public Defender Office (Wichita)   24
        Sedgwick County Conflicts Public Defender Office (Wichita)   25
        Seventh Judicial District Public Defender Office (Lawrence)   26
        Southeast Kansas Regional Public Defender Office (Chanute/Independence)   27-28
        Third Judicial District Public Defender Office (Topeka)   29
        Tenth Judicial District Public Defender Office (Olathe)   30
        Western Regional Public Defender Office (Garden City)   31
    Appellate Defender Office   32
    Capital Public Defender Offices   33-34
        Capital Appellate Defender Office   33
        Capital Appeals & Conflicts Public Defender Office   33
        Capital Habeas Office   34
        Death Penalty Defense Unit (Topeka/Wichita)   34
Assigned Counsel Operations   35-36
Cost Per Case Chart: Trial Public Defender vs. Assigned Counsel   37
FY 2024 Assigned Counsel Felony Cases Per County   38
FY 2024 Cost Per Case of Assigned Counsel Felony Cases Per County   39
Acknowledgments   40

# Kansas State Board of Indigents' Defense Services
# FY 2024 Facts At A Glance

---

**84%**  Eighty-four percent of adults charged with felonies in Kansas are indigent and qualify for and receive appointed attorneys. BIDS provides all of those attorneys through its public defender offices or its appointed private counsel program.[1]

**26,417**  In FY 2024, BIDS attorneys completed 26,417 felony criminal cases. Our public defenders completed 8,690 of those, or 33%. Our private appointed counsel program handled 17,727 of those, or 67%.

**5**  In FY 2024, five of our public defender offices partially or totally refused cases for over 50% of the year due to insufficient staffing and high caseloads.[2]

**7**  In FY 2024, 7 out of our 11 trial offices substantially exceeded the old 1973 NAC <u>absolute maximum</u> workload standards of no more than 150 felonies per attorney, per year.[3][4] Those old standards are now out of date and have been replaced by standards that we are even farther from meeting.

**13**  The average caseload of an actively serving trial public defender in Kansas during FY 2024 was 157.7 cases, above the <u>absolute maximum</u> old national standard of 150 felonies per year.  In FY 204, this means that our trial-level public defenders only had, on average, approximately **13 hours per case, per year** to spend defending their clients in each of their felony cases—on everything from low-level cases up to off-grid premeditated first-degree murder cases with life sentences.[5] Compare that to the new National Public Defender Workload Study issued in September 2023 by the Rand Corporation, the ABA, and the National Center for State Courts where even for low-level felonies, to meet the constitutional standard of reasonably effective assistance of

---

[1] Statistic provided by Kansas Sentencing Commission, August 2023.

[2] Offices partially or totally refusing cases for over 50% of the fiscal year in FY 2024 include: Tenth Judicial District Public Defender (Olathe) refusing cases for 198 days (54.2%); Third Judicial District Public Defender Office (Topeka) refusing cases for 281 days (77%); Northeast Kansas Conflicts Public Defender Office refusing cases for 283 days (77.5%); North Central Regional Public Defender Office (Junction City) refusing cases 241 days (66%); and Salina Regional Public Defender Office (Salina) refusing cases 336 days (92.1%).

[3] See NLADA, NAC Workload Standard 13.12, http://www.nlada.org/defender-standards/national-advisory-commission/black-letter ; These old workload standards called for no more than 150 felonies per defender, per year. These standards have now been replaced by the ABA new National Public Defender Workload Study.

[4] In FY 2024, based on cases closed and active cases per actively serving public defender through June 30, 2024, our Third Judicial Public Defender in Topeka averaged 158.86 cases per defender; our Reno County Regional Public Defender Office in Hutchinson averaged 182.67 cases per defender; our Tenth Judicial District Public Defender in Olathe averaged 190.8 cases per defender; our Western Regional Public Defender Office in Garden City averaged 183 cases per defender; our Southeastern Regional Public Defender Office in Independence averaged 225 cases per defender; our Sedgwick County Public Defender Office in Wichita averaged 181.25 cases per defender; and our Southeast Regional Public Defender Office in Chanute averaged 203.5 cases per defender.

[5] That figure is calculated by assuming each public defender works 40 hours per week, 52 weeks per year, for a total of 2,080 hours per year. Divided by 157.7 cases on average per year, each attorney would only have approximately 13 hours to spend on each case during that year.

counsel, an attorney should be spending approximately 35 hours on average working each case. That same study determined that high-level felony cases such as murders require approximately 248 hours per case of attorney time to meet the minimum constitutionally required standard of <u>reasonably effective assistance of counsel</u>.[6]  High caseloads are not just a problem for the quality of representation under the Sixth Amendment, they are also an ethical issue that endangers the law licenses of every one of our public defenders and assigned counsel panel attorneys. See Kansas Rules of Professional Conduct, 1.3 Diligence, comment 1: "A lawyer's workload should be controlled so that each matter can be handled adequately."

---

[6] https://www.rand.org/pubs/research_reports/RRA2559-1.html

# Letter from the Director
## Heather Cessna, Executive Director, KS State Bd. Of Indigents' Defense Services

In fiscal year 2024, the public defense system in Kansas continued to operate in violation of the Sixth Amendment, struggling under the burden of excessive caseloads and a shortage of defenders, legal assistants, investigators, mitigation specialists, and other essential personnel.

These deficiencies were highlighted following the release of the new Public Defender Workloads Study in September 2023. This pivotal study, conducted by a national panel of criminal defense experts, established ethical and constitutional workload recommendations aimed at guiding state-level public defender agencies like BIDS (the Kansas Board of Indigent Defense Services). The goal was to ensure that public defenders meet the minimum requirements for constitutionally effective assistance of counsel, as mandated by the Sixth Amendment. The findings revealed that even low-level felonies demand an average of 35 hours of attorney work to fulfill these requirements, while high-level felonies necessitate an average of 248 hours. However, in FY 2024, Kansas public defenders reported an alarming average of only 13 hours available per case, per attorney, due to unmanageable caseloads and insufficient staffing.

To summarize, the current number of criminal defense attorneys within the Kansas public defense system is inadequate to handle the volume of cases being prosecuted. This situation compromises our ability to provide the constitutionally required standard of effective legal assistance, primarily as a result of workload issues.

The National Public Defense Workload Study has underscored that public defense systems across the United States, particularly in Kansas, must adhere to a national consensus regarding constitutionally appropriate workloads for public defenders. The report detailing the application of these workload standards to Kansas can be found [here].

Addressing this crisis will require significant investment of additional resources and personnel. Without such an infusion, BIDS lacks the capacity to meet the newly established national workload standards. The time has come for stakeholders in our legal system to demonstrate a substantial and meaningful effort to close the gap between current counsel shortages and workloads and the requisite staffing needed to uphold the constitutional mandate for effective legal representation.

The current shortages of counsel have resulted in periodic delays in the appointment of attorneys across various jurisdictions in the state, as we grapple with recruiting legal professionals willing to accept appointments. Public defender offices frequently find themselves in a position of temporarily refusing new case appointments due to inadequate staffing. Additionally, the costs associated with assigned counsel are rising as attorneys face increasing travel demands across the state to fulfill our constitutional obligations to provide effective legal representation for indigent defendants.

Despite these ongoing challenges, the Kansas Legislature made some moderate investments in public defense services in FY 2024. These investments included an allocation of $3.8 million and the creation of 30 new full-time equivalent (FTE) positions to establish two new public defender offices in the 29th Judicial District (Wyandotte County) and the 11th Judicial District (Crawford, Cherokee, and Labette Counties). The introduction of these offices is expected to significantly enhance local defense capabilities and elevate the quality of public defense services both in these regions and statewide.

Furthermore, the Legislature allocated funding for 15 additional FTEs to address some of the agency's most pressing needs. It also approved the Governor's state employee pay plan, providing most state employees, including those within BIDS, with a 5% salary increase as we transition into FY 2025. The Legislature also sustained funding for the assigned counsel program at a rate of $120 per hour and passed House Bill 2605, which grants BIDS the authority to adjust assigned counsel rates between $120 and $140 per hour, although the rate remains funded at $120 for FY 2025.

While these investments represent vital progress toward improving defense services in Kansas, further resources will be crucial in the following years. Ensuring compliance with the constitutional guarantees outlined in the Sixth Amendment remains a priority, and sustained efforts from all legal system stakeholders will be essential to achieving this goal.

# FY 2024 Agency Appropriation: $60,636,495



The agency's approved FY2024 resources includes $55,963,255 in SGF appropriations, an estimated $800,000 in Indigents' Defense Services fee fund receipts, $20,837 in fee fund carry forward, an estimated $6,000 of revenue from the In-Service Education fee fund, and an In-Service Education fee fund carry forward of $5,602. The agency also had reappropriations from FY2023 in the amount of $3,840,801. This amount includes $2,549,099 from Operations, and $1,291,702 from Capital.

# BIDS Background & History

The Kansas State Board of Indigents' Defense Services was created by the 1982 Legislature for the purpose of providing indigent defense services to Kansans accused of felony crimes as required by the Sixth Amendment to the United States Constitution. *See Gideon v. Wainwright*, 372 U.S. 335 (1963).

The Board succeeded the prior Board of Supervisors of Panels to Aid Indigent Defendants (1969 Legislature, K.S.A. 22-4501, et. seq.) which was abolished on the effective date of the 1982 legislation. With the enactment of the act, the Board was given greater authority than its predecessor to ensure the effective and cost-efficient delivery of felony defense services for the citizens of Kansas.

The Board is an executive branch state agency. The nine Board Members are appointed by the Governor and subject to confirmation by the Kansas Senate. Members are appointed for three-year terms and consist of not more than five members who are lawyers registered with the Kansas Supreme Court (with at least one lawyer member from each county in the state with a population in excess of 100,000) and four public members. At least one Board member must be from each congressional district, except that two members shall be from the first congressional district. K.S.A. 22-4519.

The Board has the following duties:

1)  To provide, supervise, and coordinate in the most efficient and economical manner possible the constitutionally and statutorily required counsel and related services for each indigent person accused of a felony and for such other indigent persons as prescribed by statute.

2)  Establish in each county or combination of counties designated by the board a system of appointed counsel, contractual arrangements for providing contract counsel, or public defender offices, or any combination thereof on a full or part-time basis for the delivery of legal services for indigent persons accused of felonies.

3)  Approve an annual operating budget for the board and submit that budget as provided in K.S.A. 75-3717.

4)  Adopt rules and regulations in accordance with K.S.A. 75-415 et. seq. and amendments thereto which are necessary for the operation of the board and the performance of its duties and for the guidance of appointed counsel, contract counsel, and public defenders, including but not limited to:

    a)  Standards for entitlement to legal representation at public expense;

    b)  Standards and guidelines for compensation of appointed counsel and investigative, expert, and other services within the limits of appropriations;

    c)  Criteria for employing contract counsel;

    d)  Qualification, standards and guidelines for public defenders, appointed counsel and contract counsel;

5)  Prepare and submit to the Governor and Legislature an annual report on the operations of the board.

# BIDS FY 2024 Board Members

| Member | Position | Term Expires |
|---|---|---|
| Michelle Ewert | Shawnee County Attorney Member | 1/15/2026 |
| Braden Perry, Board Chair | Johnson County Attorney Member | 1/15/2023 |
| Maurice Brewer | Wyandotte County Attorney Member | 1/15/2024 |
| Erica Andrade | 2nd Congressional District Public Member | 1/15/2025 |
| Patricia Hudgins | 1st Congressional District Public Member | 1/15/2025 |
| Dr. Michael Birzer, Board Secretary | 4th Congressional District Public Member | 1/15/2025 |
| Laurel A. Michel Driskell | 1st Congressional District Attorney Member | 1/15/2024 |
| Nicki Rose | Sedgwick County Attorney Member | 1/15/2025 |
| VACANT | 3rd Congressional District Public Member | |

# BIDS FY 2024 Board Meetings & Public Hearings

| Date | Description/Location |
|------|---------------------|
| August 11, 2023 | General Business Board Meeting, Topeka, Kansas |
| September 8, 2023 | General Business Board Meeting, Topeka, Kansas |
| December 8, 2023 | General Business Board Meeting, Topeka, Kansas |
| February 9, 2024 | General Business Board Meeting, Topeka, Kansas |
| April 5, 2024 | General Business Board Meeting, Topeka, Kansas |
| June 7, 2024 | General Business Board Meeting, Topeka, Kansas |

## BIDS FY 2024 Administrative Office Executive Officers

| Name | Title | Appointment Date |
|------|-------|------------------|
| Heather Cessna | Executive Director | October 2019 |
| Kimberly Mason | Assistant Director/ Chief Fiscal Officer/ Chief Information Security Officer | August 2014 |
| Brandon Barrett | General Counsel/ Assistant Director | October 2020 |
| Meryl Carver-Allmond<br><br>Christina Waugh | Director of Training | October 2021-December 2023<br><br>April 2024 |
| Ann Sagan | Director of Special Projects | March 2022 |
| Jared Harsin<br><br>Tiffany Reed | Director of Human Resources | March 2022-November 2023<br><br>November 2023 |

# BIDS Organizational Structure

## FY 2024



# Kansas Public Defender Offices

| Office | Localities Served | Year Established |
|---|---|---|
| Appellate Defender Office (Topeka) | Statewide | 1985 |
| Capital Appellate Defender (Topeka) | Statewide | 2002 |
| Capital Appeals and Conflicts Defender (Topeka) | Statewide | 2002 |
| Capital Habeas Office (Topeka) | Statewide | 2015 |
| Death Penalty Defense Unit (Topeka/Wichita) | Statewide | 1995 |
| North Central Kansas Public Defender (Junction City) | Geary County, Riley County, Clay County, Morris County, Dickenson County, Marion County | 1972 |
| Northeast Kansas Conflicts Public Defender (Topeka) | Shawnee County | 1997 |
| Reno County Public Defender (Hutchinson) | Reno County | 1996 |
| Salina Regional Public Defender (Salina) | Saline County, Ottawa County | 1973 |
| Sedgwick County Public Defender (Wichita) | Sedgwick County | 1985 |
| Sedgwick County Conflicts Public Defender (Wichita) | Sedgwick County | 2009 |
| Seventh Judicial District Public Defender (Lawrence) | Douglas County | 2023 |

14

| | | |
|---|---|---|
| Southeast Kansas Public Defender (Chanute) | Allen County, Neosho County, Wilson County, Woodson County | 1997 |
| Southeast Kansas Public Defender Satellite (Independence) | Chautauqua County, Montgomery County | 2005 |
| Third Judicial District Public Defender (Topeka) | Shawnee County | 1972 |
| Tenth Judicial District Public Defender (Olathe) | Johnson County | 1989 |
| Western Regional Public Defender (Garden City) | Finney County | 1994 |

# BIDS FY 2024
## Public Defense Service Coverage Areas by Type

| Counties With Public Defender Office Coverage | Counties with Contract Counsel Coverage | Counties with Assigned Counsel Panel Coverage |
|---|---|---|
| Allen<br>Chautauqua<br>Clay<br>Dickenson<br>Douglas<br>Finney<br>Geary<br>Johnson<br>Montgomery<br>Morris<br>Neosho<br>Ottawa<br>Reno<br>Riley<br>Saline<br>Sedgwick<br>Shawnee<br>Wilson<br>Woodson | Atchison,<br>Brown, Butler,<br>Cherokee, Cloud, Crawford,<br>Doniphan, Douglas,<br>Geary,<br>Hamilton, Harper,<br>Jefferson, Jewell, Johnson<br>Kearney<br>Labette, Leavenworth, Lincoln,<br>Mitchell,<br>Ottawa,<br>Reno, Republic,<br>Saline, Scott, Sedgwick,<br>Shawnee, Sumner,<br>Washington, Wyandotte | All Counties |

16

# Administrative Operations

## Executive Director (State Director)

Under K.S.A. 22-4525, the State Director is the Chief Executive Officer of the Kansas State Board of Indigents' Defense Services. The Director supervises the operation, policies, and procedures of the office of the board, prepares and submits annual reports on the operation of the board, and is responsible for the overall supervision, agency strategic planning, and providing current and accurate information regarding the agency to the Board Members, the Governor's Office, Division of Budget, Legislative Research, Legislative Committees, the agency's employees, and the public.

The Director provides administrative supervision and support to all divisions of the public defender offices, including trial public defenders, appellate defenders, and all capital defender offices. This includes reviewing and authorizing expert services, hiring and director of all individual Chief Public Defenders, and monitoring caseload information and statistics. Additionally, the Director provides administrative supervision and support to contract counsel and assigned counsel by initiating and overseeing contracts with private attorneys, reviewing and authorizing the payment of expert services, updating Board policies and regulations, and monitoring caseload information and statistics.

The director supervises the Assistant Director/ Chief Fiscal Officer, General Counsel/Assistant Director, Training Director, Special Projects Director, Human Resources Director, the Chief Defenders of each of the trial offices, the Chief Appellate Defender, and the Chiefs of each of the capital death penalty offices.

The Executive Director is also the public face of the Board, providing testimony to the Legislature regarding the agency budget and operations, acts as the public information officer, oversees media and public inquiries regarding agency operations, and acts as a liaison to other agencies, organizations, and committees related to criminal public defense.

Additionally, the Executive Director is primarily responsible for organizing agency trainings for public defender employees and assigned and contract private counsel.

The Executive Director is supervised by the Board of Indigents' Defense Services Board Members.

## Accounting and Auditing Division

The Accounting and Auditing Division is responsible for processing, monitoring, and auditing all assigned counsel, expert, court reporter, and contract attorney vouchers and determining payments in accordance with Board policy, rules, and regulations. This Division is supervised by the Assistant Director/Chief Fiscal Officer who is also the agency's Chief Fiscal Officer.

Regulations, forms, orders, and instructions for expert and attorney services are posted on the agency website at www.sbids.org under the FORMS tab.

17

This division is also responsible for the monitoring and processing of defendant recoupment submitted by the District Courts. These funds are submitted to the State Treasurer for deposit into the State's Revenue Accounts. The Assistant Director also acts as program manager for the field offices by coordinating large purchases, office moves, travel requests, negotiating leases, and other projects that would affect the goals of the Public Defender program.

## Human Resources Division

The Human Resources Division is responsible for all major personnel functions and activities related to employee relations, benefits, FLSA, ADA, FMLA, Shared Leave, Affirmative Action/Equal Employment Opportunity, recruitment, onboarding of new employees, exit interviews, training, timekeeping, maintaining position organizational charts, and providing support to the Board. The Human Resources Division also coordinates the appointment of personnel with the Governor's Secretary of Appointments.

The Human Resources Division is currently supervised by the Human Resources Director and staffed by one Human Resources Professional.

## Information Technology Systems Division

The Information Technology Systems Division provides planning, design, procurement, implementation, training, and on-site technical support of the agency's information resources to all of our public defender offices across the state of Kansas. This includes maintaining computer equipment, LAN/WAN connections, VPN access, and other applications and telecommunications.

This division also oversees data collection from both the public defender program and assigned counsel program and works closely with the Director and Assistant Director to compile the statistical information regarding agency operations and caseloads needed for the budget submission, the annual report, and the Director's monitoring of public defender and assigned counsel caseloads.

This division is directly supervised by the Assistant Director who also currently acts as the agency's Information Security Officer. It is currently staffed with four Information Technology Consultants and a data analyst.

## Legal Division

The Legal Division consists of the agency's General Counsel who is directly supervised by the Director and also includes the Assigned Counsel and Experts Coordinator Attorney who assists with the recruitment of panel attorneys to meet case needs across the state and coordinates assistance with the experts program. The responsibilities of the General Counsel are to research and advise the Board on legal issues as they arise before the Board, assist the Director with Legislative research and advocacy, assist the Director and Human Resources with employment law issues as they arise, handle open records act requests, and respond to

18

requests from clients seeking agency information or assistance with attorney issues or expert requests. The General Counsel also serves as a resource for in-agency public defenders and private attorneys acting as assigned or contract counsel on legal issues as needed. The General Counsel also regularly assists the Director in responding to requests from Judges to locate qualified counsel to take cases when the local public defender, contract attorneys, and assigned counsel panel cannot handle a case.

## Training Division

The Training Division consists of the Training Director, Assistant Training Director, and Training Administrative Specialist. The Training Director is directly supervised by the Director. The responsibilities of the Training Division include providing in-house certified continuing legal education courses for both our in-house public defenders as well as our assigned counsel private appointed attorneys. The Training Division also works to provide other non-CLE trainings for our in-house attorneys and non-attorney staff. The Training Division is also responsible for coordinating an internal leadership conference for our Chief and Deputy Public Defenders. The Training Division also ensures our compliance with ABA policies on capital-qualified defense counsel by coordinating the attendance of all of our in-house and private appointed capital attorneys and staff at required nationally recognized capital training.  Finally, our Training Division also occasionally takes on special projects such as the publication of the BIDS monthly newsletter, the revision of the BIDS website, and other projects as needed by the Administrative Office.

## Special Projects Department

The Special Projects Division consists of the Special Projects Director along with a rotating staff of public defender interns located in our trial and appellate offices throughout the state. The Special Projects Division supervises our BIDS Internship program which includes intern classes during the summer, fall, and spring semesters and combines real-world public defender offices experiences with a series of special enrichment opportunities for our interns. Interns are placed in trial level offices, capital offices, appellate offices, and periodically work on legislative issues during the legislative session. The Special Projects Division also works closely with the Director and Human Resources Division to proactively recruit public defender attorney and staff for vacant positions throughout the agency, serving as the agency's main recruiter.

# Public Defender Operations
## Non-Capital Trial Level Public Defender Offices

## North Central Regional Public Defender Office

Established:              1972
Location:                 715 N. Washington Street, Junction City, KS 66441
Phone:                    785-238-2154
Counties Covered:         Geary, Riley, Clay, Morris, Dickenson, Marion
Chief Public Defender:    Cole Hawver

The North Central Regional Public Defender in Junction City started as a regional office in combination with the Salina Public Defender but became an independent office in 1997.

Due to high caseloads and staffing shortages, in FY 2024, the North Central Regional Public Defender office temporarily refused appointments on new cases under K.A.R. 105-21-3(b) for 241 days, or approximately 66% of the fiscal year.

This office is normally staffed by 11 attorneys and 6 support staff, including two investigators, two legal assistants and two clerical staff.  In FY 2024, this office completed work on 924 cases.

*Historical Office Caseload Statistics*

| FISCAL YEAR | CASES OPENED | CASES COMPLETED |
|:---:|:---:|:---|
| 2018 | 1,435 | 1,360 |
| 2019 | 1,224 | 1,253 |
| 2020* | 1,228 | 1,168 |
| 2021* | 1,122 | 1,079 |
| 2022 | 896 | 952 |
| 2023 | 879 | 909 |
| 2024 | 908 | 924 |

*Caseloads in these years were substantially affected agency-wide by the onset of the COVID-19 global pandemic and subsequent prolonged slowdown of the Kansas Judicial System.

Average number of cases handled by the North Central Regional Public Defender in FY 2024:

| Active Attys | FY 2024 Actual Cases Closed | FY 2024 Cases Still Active 7/1/24 | Total Cases Closed + Cases Active | Total Avg Cases handled per Atty FY 2024 |
|:---:|:---:|:---:|:---:|:---:|
| 9 | 924 | 319 | 1243 | 138 |

20

## Northeast Kansas Conflicts Public Defender Office

Established:                    1997
Location:                      700 SW Jackson Street, Suite 1001, Topeka, KS 66603
Phone:                         785-296-4402
Counties Covered:              Shawnee
Chief Public Defender:         Jonathon Noble

This office was established in 1997 primarily in response to the large number of conflict cases generated in Shawnee County and the relatively high costs associated with those cases. Originally, because of the number of highly experienced defenders in this office, the office also provided coverage to Lyon County for high severity level or off grid cases on an ad hoc basis. However, turnover in the office and the replacement of those experienced defenders with less experienced attorneys resulted in the cessation of that Lyon County coverage in 2016.

Due to high caseloads and periodic turnover, in FY 2024, this office temporarily refused appointments on new cases under K.A.R. 105-21-3(b) for 283 days, or approximately 77.5% of the fiscal year.

This office is typically staffed by 7 attorneys and 4 support staff that includes two investigators, one legal assistant, and one clerical position. In FY 2024, this office completed work on 251 cases.

*Historical Office Caseload Statistics*

| FISCAL YEAR | CASES OPENED | CASES COMPLETED |
|---|---|---|
| 2018 | 564 | 593 |
| 2019 | 638 | 600 |
| 2020* | 687 | 614 |
| 2021* | 443 | 514 |
| 2022 | 385 | 472 |
| 2023 | 361 | 314 |
| 2024 | 394 | 251 |

*Caseloads in these years were substantially affected agency-wide by the onset of the COVID-19 global pandemic and subsequent prolonged slowdown of the Kansas Judicial System.

Average number of cases handled by the Northeast Kansas Conflicts Public Defender in FY 2024:

| Active Attys | FY 2024 Actual Cases Closed | FY 2024 Cases Still Active 7/1/24 | Total Cases Closed + Cases Active | Total Avg Cases handled per Atty FY 2024 |
|---|---|---|---|---|
| 6 | 387 | 163 | 550 | 92 |

# Reno County Public Defender Office

Established:                1996
Location:                   129 W. 2nd Ave, Suite D, Hutchinson, KS 67501
Phone:                      620-664-5055
Counties Covered:           Reno
Chief Public Defender:      Sarah Sweet McKinnon

Reno County was established as a satellite office in 1996 and became a separate regional office in 2001.

In FY 2024, the Reno County Public Defender did not refuse cases for any portion of the year.

This office is typically staffed by 7 attorneys and 2 support staff, including one legal assistant and one investigator. In FY 2024, this office completed work on 717 cases.

*Historical Office Caseload Statistics*

| FISCAL YEAR | CASES OPENED | CASES COMPLETED |
|:---:|:---:|:---|
| 2018 | 1,030 | 1,080 |
| 2019 | 851 | 874 |
| 2020* | 793 | 681 |
| 2021* | 778 | 724 |
| 2022 | 738 | 745 |
| 2023 | 780 | 685 |
| 2024 | 713 | 717 |

*Caseloads in these years were substantially affected agency-wide by the onset of the COVID-19 global pandemic and subsequent prolonged slowdown of the Kansas Judicial System.

Average number of cases handled by the Reno County Public Defender in FY 2024:

| Active Attys | FY 2024 Actual Cases Closed | FY 2024 Cases Still Active 7/1/24 | Total Cases Closed + Cases Active | Total Avg Cases handled per Atty FY 2024 |
|:---:|:---:|:---:|:---:|:---:|
| 6 | 717 | 379 | 1,096 | 183 |

22

# Salina Regional Public Defender Office

Established:               1973
Location:                  119 W. Iron Ave., 6th Floor, Salina KS 67401
Phone:                     785-827-9961
Counties Covered:          Saline, Ottawa, Dickenson (Conflicts only)
Chief Public Defender:     Justin Bravi

The Salina Regional Public Defender began defending cases in 1973. In 1988 the office was combined with a Junction City Public Defender Office to form the North Central Regional Public Defender. In 1997, the Board of Indigents' Defense Services separated the Salina and Junction City offices in order to streamline services in the separate judicial districts that the offices covered.

Due to high caseloads and staffing shortages, in FY 2024, this office temporarily refused appointments on new cases under K.A.R. 105-21-3(b) for 336 days, or approximately 92.1% of the fiscal year.

This office has 5 attorney positions and 6 support staff, including two investigators, two legal assistants, and two clerical staff. In FY 2024, this office completed work on 291 cases.

*Historical Office Caseload Statistics*

| FISCAL YEAR | CASES OPENED | CASES COMPLETED |
|:---:|:---:|:---|
| 2018 | 1,272 | 1,270 |
| 2019 | 959 | 1,013 |
| 2020* | 729 | 757 |
| 2021* | 501 | 580 |
| 2022 | 386 | 503 |
| 2023 | 238 | 172 |
| 2024 | 301 | 291 |

*Caseloads in these years were substantially affected agency-wide by the onset of the COVID-19 global pandemic and subsequent prolonged slowdown of the Kansas Judicial System.

Average number of cases handled by the Salina Regional Public Defender in FY 2024:

| Active Attys | FY 2024 Actual Cases Closed | FY 2024 Cases Still Active 7/1/24 | Total Cases Closed + Cases Active | Total Avg Cases handled per Atty FY 2024 |
|:---:|:---:|:---:|:---:|:---:|
| 4 | 291 | 138 | 429 | 107 |

23

## Sedgwick County Public Defender Office

Established:                   1985
Location:                      604 N. Main Street, Suite D, Wichita, KS 67203
Phone:                         316-264-8700
Counties Covered:              Sedgwick
Chief Public Defender:         Sonya Strickland (until February 2024);
                               Sarah Sweet-McKinnon (Acting Chief Public Defender, starting Feb. 2024).

Established in 1985, the Sedgwick County Public Defender Office in Wichita is the largest public defender office in Kansas.

Due to high caseloads and periodic turnover, in FY 2024, this office temporarily refused appointments on new cases under K.A.R. 105-21-3(b) for 60 days, or approximately 16.4% of the fiscal year.

The office has 18 attorneys and 9 support staff positions, including two investigators, one social worker, two legal assistants, and four clerical staff, however due to turnover and low pay, many of the 18 attorney positions were vacant in FY 2024.  In FY 2024, this office completed work on 1,626 cases.

*Historical Office Caseload Statistics*

| FISCAL YEAR | CASES OPENED | CASES COMPLETED |
|:---:|:---:|:---:|
| 2018 | 4,852 | 4,897 |
| 2019 | 4,711 | 4,458 |
| 2020* | 3,842 | 3,630 |
| 2021* | 1,054 | 2,054 |
| 2022 | 1,454 | 1,399 |
| 2023 | 1,424 | 1,532 |
| 2024 | 1,626 | 1,626 |

*Caseloads during these years were substantially affected agency-wide by the onset of the COVID-19 global pandemic and subsequent prolonged slowdown of the Kansas Judicial System.

Average number of cases handled by the Sedgwick County Public Defender in FY 2024:

| Active Attys | FY 2024 Actual Cases Closed | FY 2024 Cases Still Active 7/1/24 | Total Cases Closed + Cases Active | Total Avg Cases handled per Atty FY 2024 |
|:---:|:---:|:---:|:---:|:---:|
| 12 | 1,626 | 549 | 2,175 | 181 |

24

## Sedgwick County Conflicts Public Defender Office

Established:                2009
Location:                   266 N. Main Street, Suite 210, Wichita, KS 67202
Phone:                      316-267-1847
Counties Covered:           Sedgwick (Conflicts)
Chief Public Defender:      Bradley Sylvester

In 2009, the Sedgwick County Conflict Office was opened to handle trial cases where the main Sedgwick County Public Defender Office has a conflict. Traditionally, this office is staffed by some of our most experienced public defenders.

Due to high caseloads, in FY 2024, this office temporarily refused appointments on new cases under K.A.R. 105-21-3(b) for 47 days, or approximately 12.9% of the fiscal year.

This office is staffed by 5 attorneys and 3 support staff, including two legal assistants, and one social worker. In FY 2024, this office completed work on 446 cases.

*Historical Office Caseload Statistics*

| FISCAL YEAR | CASES OPENED | CASES COMPLETED |
|:---:|:---:|:---:|
| 2018 | 481 | 516 |
| 2019 | 573 | 508 |
| 2020* | 479 | 404 |
| 2021* | 335 | 386 |
| 2022 | 381 | 387 |
| 2023 | 496 | 461 |
| 2024 | 394 | 446 |

*Caseloads in these years were substantially affected agency-wide by the onset of the COVID-19 global pandemic and subsequent prolonged slowdown of the Kansas Judicial System.

Average number of cases handled by the Sedgwick County Conflicts Public Defender in FY 2024:

| Active Attys | FY 2024 Actual Cases Closed | FY 2024 Cases Still Active 7/1/24 | Total Cases Closed + Cases Active | Total Avg Cases handled per Atty FY 2024 |
|:---:|:---:|:---:|:---:|:---:|
| 5 | 446 | 251 | 697 | 139 |

25

# Seventh Judicial District Public Defender Office

Established:                 2024
Location:                    1040 New Hampshire Lawrence, KS 66044
Phone:                       785-856-0667
Counties Covered:            Douglas
Chief Public Defender:       Jessica Glendening

The Seventh Judicial District Public Defender Office opened in October, 2023.

Due to high caseloads and periodic turnover, in FY 2024, this office temporarily refused appointments on new cases under K.A.R. 105-21-3(b) for 139 days, or approximately 38% of the fiscal year.

This office has 7 attorney positions and 6 support staff, including two investigators, one social worker, one legal assistant, and two clerical staff. In FY 2024, this office completed work on 158 cases.

*Historical Office Caseload Statistics*

| FISCAL YEAR | CASES OPENED | CASES COMPLETED |
|:---:|:---:|:---:|
| 2024 | 351 | 158 |

Average number of cases handled by the Sedgwick County Conflicts Public Defender in FY 2024:

| Active Attys | FY 2024 Actual Cases Closed | FY 2024 Cases Still Active 7/1/24 | Total Cases Closed + Cases Active | Total Avg Cases handled per Atty FY 2024 |
|:---:|:---:|:---:|:---:|:---:|
| 5 | 158 | 193 | 351 | 70 |

## Southeast Kansas Regional Public Defender Office

| | |
|---|---|
| Established: | Chanute 1997, Independence Satellite 2004. |
| Locations: | Chanute Office: 10 S. Highland Ave, Chanute, KS 66720 |
| | Satellite Office: 400 N. 14th Street, Independence, KS 67301 |
| Phones: | Chanute Office: 620-431-3796 |
| | Independence Satellite Office: 620-331-4329 |
| Counties Covered: | Allen, Neosho, Wilson, Woodson, Chautauqua, Montgomery |
| Chief Public Defender: | Jay Witt |

The Southeast Kansas Regional Public Defender Office, located in Chanute, began accepting cases in 1997 in response to a lack of local attorneys willing to represent indigent defendants. The Independence Satellite branch was opened in 2004, also in response to a lack of local attorneys willing to represent indigent defendants in both Chautauqua and Montgomery Counties.

Due to high caseloads, in FY 2024, this office temporarily refused appointments on new cases under K.A.R. 105-21-3(b) for 90 days, or approximately 24.7% of the fiscal year.

The Chanute Office is staffed by 4 attorneys and 2 support staff, including one legal assistant and one investigator. In FY 2024, the Chanute office completed work on 566 cases.

*Historical Office Caseload Statistics: Chanute Office*

| FISCAL YEAR | CASES OPENED | CASES COMPLETED |
|:---:|:---:|:---:|
| 2018 | 594 | 540 |
| 2019 | 549 | 552 |
| 2020* | 432 | 387 |
| 2021* | 203 | 296 |
| 2022 | 588 | 414 |
| 2023 | 641 | 518 |
| 2024 | 276 | 566 |

*Caseloads in these years were substantially affected agency-wide by the onset of the COVID-19 global pandemic and subsequent prolonged slowdown of the Kansas Judicial System.

Average number of cases handled by the Chanute Division of the SE KS Public Defender in FY 2024:

| Active Attys | FY 2024 Actual Cases Closed | FY 2024 Cases Still Active 7/1/24 | Total Cases Closed + Cases Active | Total Avg Cases handled per Atty FY 2024 |
|:---:|:---:|:---:|:---:|:---:|
| 4 | 566 | 248 | 814 | 204 |

27

The Independence Office is typically staffed by 2 attorneys and 1 legal assistant. In FY 2024, the Independence office completed work on 251 cases.

During FY 2024, the Independence office remained open to accepting cases throughout the year.

*Historical Office Caseload Statistics: Independence Satellite Office*

| FISCAL YEAR | CASES OPENED | CASES COMPLETED |
|:---:|:---:|:---:|
| 2018 | 469 | 465 |
| 2019 | 364 | 343 |
| 2020* | 226 | 298 |
| 2021* | 97 | 145 |
| 2022 | 370 | 277 |
| 2023 | 340 | 297 |
| 2024 | 227 | 251 |

*Caseloads in these years were substantially affected agency-wide by the onset of the COVID-19 global pandemic and subsequent prolonged slowdown of the Kansas Judicial System.

Average number of cases handled by the Independence Division of the SE KS Public Defender in FY 2024:

| Active Attys | FY 2024 Actual Cases Closed | FY 2024 Cases Still Active 7/1/24 | Total Cases Closed + Cases Active | Total Avg Cases handled per Atty FY 2024 |
|:---:|:---:|:---:|:---:|:---:|
| 2 | 251 | 199 | 450 | 225 |

# Third Judicial District Public Defender Office

Established:                 1972
Location:                   701 SW Jackson Street, 3rd Floor, Topeka, KS 66603
Phone:                      785-296-1833
Counties Covered:           Shawnee
Chief Public Defender:      Jessica Glendening (until August 2023);
                            Danielle Hamilton Slate (starting August 2023).

The Third Judicial District Public Defender is the main public defender office in Topeka, Shawnee County. This office was established in 1972 as one of three pilot public defender programs in Kansas.

Due to high caseloads and staffing shortages, in FY 2024, this office temporarily refused appointments on new cases under K.A.R. 105-21-3(b) for 281 days, or approximately 77% of the fiscal year.

The office is typically staffed by 11 attorneys and 6 support staff positions, including one investigator, four legal assistants, and one clerical position.  In FY 2024, this office completed work on 839 cases.

*Historical Office Caseload Statistics*

| FISCAL YEAR | CASES OPENED | CASES COMPLETED |
|:-----------:|:------------:|:---------------:|
| 2018 | 1,176 | 1,247 |
| 2019 | 1,210 | 1,177 |
| 2020* | 974 | 963 |
| 2021* | 1,034 | 888 |
| 2022 | 751 | 980 |
| 2023 | 880 | 775 |
| 2024 | 695 | 839 |

*Caseloads in these years were substantially affected agency-wide by the onset of the COVID-19 global pandemic and subsequent prolonged slowdown of the Kansas Judicial System.

Average number of cases handled by the Third Judicial District Public Defender in FY 2024:

| Active Attys | FY 2024 Actual Cases Closed | FY 2024 Cases Still Active 7/1/24 | Total Cases Closed + Cases Active | Total Avg Cases handled per Atty FY 2024 |
|:------------:|:---------------------------:|:--------------------------------:|:--------------------------------:|:----------------------------------------:|
| 7 | 839 | 273 | 1112 | 159 |

# Tenth Judicial District Public Defender Office

Established:              1989
Location:                 115 E. Park Street, Suite A, Olathe, KS 66061
Phone:                    913-829-8755
Counties Covered:         Johnson
Chief Public Defender:    Michael McCulloch

The Tenth Judicial District Public Defender Office in Olathe began taking cases in 1989 and serves as the main public defender in Johnson County.

Due to high caseloads and periodic turnover, in FY 2024, this office temporarily refused appointments on new cases under K.A.R. 105-21-3(b) for 198 days, or approximately 54.2% of the fiscal year.

This office has 19 attorney positions. They also have 10 support staff including three investigators, four legal assistants, and three clerical staff. In FY 2024, this office completed work on 2,174 cases.

*Historical Office Caseload Statistics*

| FISCAL YEAR | CASES OPENED | CASES COMPLETED |
|:---:|:---:|:---:|
| 2018 | 2,789 | 2,667 |
| 2019 | 2,686 | 2,754 |
| 2020* | 2,533 | 2,324 |
| 2021* | 2,784 | 2,611 |
| 2022 | 2,230 | 2,306 |
| 2023 | 2,257 | 2,465 |
| 2024 | 2,128 | 2,174 |

*Caseloads in these years were substantially affected agency-wide by the onset of the COVID-19 global pandemic and subsequent prolonged slowdown of the Kansas Judicial System.

Average number of cases handled by the Tenth Judicial District Public Defender in FY 2024:

| Active Attys | FY 2024 Actual Cases Closed | FY 2024 Cases Still Active 7/1/24 | Total Cases Closed + Cases Active | Total Avg Cases handled per Atty FY 2024 |
|:---:|:---:|:---:|:---:|:---:|
| 15 | 2,174 | 688 | 2,862 | 191 |

# Western Regional Public Defender Office

Established:                1994
Location:                  113 Grant Ave, Garden City, KS 67846
Phone:                     620-276-8137
Counties Covered:          Finney
Chief Public Defender:     Christopher Mauldin

The Western Regional Public Defender Office was established in Garden City in 1994 to serve the 25th Judicial District which includes Finney, Kearny, Hamilton, Greeley, Wichita, and Scott counties.  In recent years, due to turnover and caseload issues, this office has cut back representation and focuses mainly on representing cases in Finney County with contract counsel instead covering the rest of the 25th Judicial District. In 1996, a Satellite office in Liberal opened in response to requests from the 26th Judicial District because of a lack of local attorneys on that Judicial District's appointment lists due to dissatisfaction over the rate of pay. However, due to problems keeping that office sufficiently staffed, that office was closed in 2009.

Due to high caseloads and periodic turnover, in FY 2024, this office temporarily refused appointments on new cases under K.A.R. 105-21-3(b) for 2 days, or approximately .5% of the fiscal year.

The office includes 3 attorneys and 3 support staff positions, including one legal assistant, one investigator, and one clerical positions. In FY 2024, this office completed work on 311 cases.

*Historical Office Caseload Statistics*

| FISCAL YEAR | CASES OPENED | CASES COMPLETED |
|:---:|:---:|:---:|
| 2018 | 651 | 683 |
| 2019 | 423 | 475 |
| 2020* | 357 | 231 |
| 2021* | 365 | 426 |
| 2022 | 415 | 371 |
| 2023 | 316 | 379 |
| 2024 | 306 | 311 |

*Caseloads in these years were substantially affected agency-wide by the onset of the COVID-19 global pandemic and subsequent prolonged slowdown of the Kansas Judicial System.

Average number of cases handled by the Western Regional Public Defender in FY 2024:

| Active Attys | FY 2024 Actual Cases Closed | FY 2024 Cases Still Active 7/1/24 | Total Cases Closed + Cases Active | Total Avg Cases handled per Atty FY 2024 |
|:---:|:---:|:---:|:---:|:---:|
| 2 | 311 | 55 | 366 | 183 |

# Non-Capital Appellate Public Defender Offices

## Kansas Appellate Defender Office

Established:              1985
Location:                 700 SW Jackson Street, Suite 900, Topeka, KS 66603
Phone:                    785-296-5484
Jurisdictions Covered:    Statewide (appellate only)
Chief Public Defender:    J. Patrick Lawless

In 1985, the Appellate Defender Office opened to represent indigent felony defendants across the state on their appeals in front of the Kansas Court of Appeals, Kansas Supreme Court, and on occasion the United States Supreme Court.

In 1994, an appellate defense program was established in partnership with the University of Kansas School of Law in Lawrence where an Appellate Defender staff attorney assists law students in preparing direct appeal briefs on actual criminal defense appeals. In 2005 a similar program was established in partnership with the Washburn University School of Law in Topeka. Both universities provide office space, equipment and student labor.

In 2002, capital appeals were separated from the Appellate Defender caseloads through the establishment of the Capital Appellate Defender and the Capital Appeals and Conflicts Office. These offices occasionally provide support to the Appellate Defender by taking non-capital or conflict appeals when their capital caseloads allow for it.

The Appellate Defender is staffed with 21 attorneys and 6 support staff, including three legal assistants, and three clerical staff.

*Historical Office Caseload Statistics*

| FISCAL YEAR | APPEALS OPENED | APPEALS CLOSED |
|:---:|:---:|:---:|
| 2018 | 1,120 | 1,333 |
| 2019 | 1,200 | 1,129 |
| 2020* | 932 | 975 |
| 2021* | 706 | 963 |
| 2022 | 731 | 846 |
| 2023 | 817 | 647 |
| 2024 | 871 | 761 |

*Caseloads in these years were substantially affected agency-wide by the onset of the COVID-19 global pandemic and subsequent prolonged slowdown of the Kansas Judicial System.

# Capital Public Defender Offices

## Capital Appellate Defender Office

Established:                          2002
Location:                            300 SW 8th Street, Suite 303, Topeka, KS 66603
Phone:                               785-368-6587
Jurisdictions Covered:               Statewide (capital appeals)
Chief Capital Public Defender:       Clayton J. Perkins

In 2002, due to the increasingly significant number of capital appeals, the Capital Appellate Defender Office was one of two capital appeals offices established through new capital funding and the reassignment of several experienced attorneys from the Appellate Defender Office. Although this office focuses on capital appeals litigation in the Kansas Supreme Court and the United States Supreme Court, this office also occasionally provides support to the Appellate Defender by taking non-capital or conflict appeals when their capital caseloads allow for it.

In FY 2024, the Capital Appellate Defender was staffed with 2 capital-qualified attorneys, one social worker, and one legal assistant.

## Capital Appeals & Conflicts Public Defender Office

Established:                          2002
Location:                            1040 New Hampshire Lawrence, KS 66044
Phone:                               785-856-0667
Jurisdictions Covered:               Statewide (capital appeals and capital conflicts)
Chief Capital Appeals &
Conflicts Public Defender:           Reid Nelson

In 2002, due to the increasingly significant number of capital appeals and capital cases with co-defendants, the Capital Appeals and Conflicts Office was one of two capital appeals offices established through new capital funding and the reassignment of several experienced attorneys from the Appellate Defender Office. Although this office focuses on capital appeals litigation in the Kansas Supreme Court and the United States Supreme Court, this office also occasionally provides support to the Appellate Defender by taking non-capital or conflict appeals when their capital caseloads allow for it.

In FY 2024, the Capital Appeals & Conflicts Defender Office was staffed with 3 capital-qualified attorneys and occasionally receives staffing assistance from the Seventh Judicial District Public Defender Office with whom they share an office.

## Capital Habeas Public Defender Office

Established:                     2015
Location:                       825 S. Kansas Ave., Suite 530, Topeka, KS 66612
Phone:                          785-296-2546
Jurisdictions Covered:          Statewide (capital habeas cases)
Chief Public Defender:          Julia Spainhour

After a death sentence is upheld by the Kansas Supreme Court and any petition for certiorari has been unsuccessful for the defense at the United States Supreme Court, the next stage of a capital case involves a state capital habeas claim. Due to the progression of several capital cases to this stage of litigation, the Capital Habeas Office was established in 2015.

In FY 2024, this office was staffed by 5 capital attorneys, as well as one administrative assistant and two investigators.

## Death Penalty Defense Unit Public Defender

Established:                     1995
Location:                       300 SW 8th Street, Suite 303, Topeka, KS 66603 (Main Topeka Office)
                                604 N. Main Street, Suite F (Wichita Satellite Office)
Phone:                          785-296-6555
Counties Covered:               Statewide (Capital Trial Level Cases)
Chief Public Defender:          Mark Manna

In 1995, BIDS established the Capital Defense Coordinator Office in response to the enactment of the death penalty in Kansas. In 1996, that office was expanded and renamed the Death Penalty Defense Unit and began defending potential death penalty trial cases statewide.

The Death Penalty Defense Unit currently employs 8 capital-qualified trial attorneys, and 9 support staff, including three investigators, three mitigation specialists, and three legal assistants. This office is split between its main Topeka office and its satellite location in Wichita.

# Assigned Counsel Operations

The Sixth Amendment to the United States Constitution provides every person with a right to effective legal representation when charged with a crime punishable by imprisonment.

In geographic areas of Kansas where BIDS does not operate a public defender office, this Sixth Amendment right to counsel is guaranteed to our clients entirely through the use of our assigned counsel system—where local attorneys who are qualified to take criminal cases sign up on the local appointments panels and agree to take the cases of indigent clients at a reduced rate of pay. Likewise, even in places where we operate a public defender office, our agency still regularly utilizes these assigned counsel panels to help us provide constitutionally guaranteed counsel to our clients. In those areas, our assigned counsel accept cases where the public defender has a conflict of interest or when our public defenders cannot take any additional cases due to ethical and professional caseload concerns.

FY 2024 Assigned Counsel Hourly Rate:    $120 per hour

FY 2024 Judicial Districts with Felony Appointment Lists: 31

FY 2024 Assigned Counsel Contractors:  29

FY 2024 Assigned Counsel Cost Per Case:   $1,524.


## Assigned Counsel Cost Per Case

| Year | Average Annual Assigned Counsel Cost Per Case |
|---|---|
| FY 2020* | $993 |
| FY 2021*^ | $898 |
| FY 2022* | $1,062 |
| FY 2023 | $1,328 |
| FY 2024 | $1,524 |

*Denotes cost per case affected by COVID-19 pandemic court slowdowns.    ^Denotes fiscal year hourly rate change from $100 to $120 per hour.

In large part due to the increased need to cover attorney shortages across the state by asking our appointed attorneys to travel longer distances to cover cases, the cost per case of assigned counsel has increased substantially over the last five years. Due to the volume of cases charged by local prosecutors that far outpaces the availability of sufficient numbers of assigned counsel across the state, BIDS anticipates this trend of increasing costs of assigned counsel will continue into the foreseeable future and will continue to increase exponentially.

## Number of Cases Handled by Assigned Counsel

| Year | Total Number of BIDS cases handled by Assigned Counsel |
|------|-------------------------------------------------------|
| FY 2020 | 14,781 |
| FY 2021 | 14,687 |
| FY 2022 | 15,803 |
| FY 2023 | 18,603 |
| FY2024 | 17,727 |

## Trial Public Defender and Assigned Counsel
## Cost Per Case FY 2024



| Fiscal Year | Public Defender | Assigned Counsel Per Case |
|---|---|---|
| 2018 | $609 | $885 |
| 2019 | $659 | $941 |
| 2020 | $818 | $993 |
| ^*2021 | $1,032 | $898 |
| *2022 | $1,120 | $1,062 |
| *2023 | $1,440 | $1,328 |
| *2024 | $1,712 | $1,524 |
| *2025 | $1,798 | $1,600 |
| *2026 | $1,887 | $1,680 |

^FY2021 was substantially impacted by the COVID-19 pandemic.
*The administrative costs are included in both public defender and assigned counsel cost per case.

37

# FY 2024 Felony Cases per County
# Defended by Assigned and Contract Counsel



# FY 2024 Cost per Case by County
## For Assigned and Contract Counsel



Map of Kansas counties showing cost per case (top value) and total cost (bottom value) for assigned and contract counsel.

| County | Cost per Case | Total |
|---|---|---|
| CHEYENNE | $1,999 | $21,986 |
| RAWLINS | $1,559 | $18,710 |
| DECATUR | $1,697 | $25,454 |
| NORTON | $3,014 | $84,401 |
| PHILLIPS | $1,707 | $27,307 |
| SMITH | $2,364 | $26,001 |
| JEWELL | $1,223 | $7,337 |
| REPUBLIC | $1,944 | $42,773 |
| WASHINGTON | $1,168 | $22,183 |
| MARSHALL | $941 | $87,487 |
| NEMAHA | $1,193 | $44,149 |
| BROWN | $1,305 | $146,136 |
| DONIPHAN | $2,138 | $111,091 |
| ATCHISON | $1,537 | $205,931 |
| SHERMAN | $1,265 | $158,065 |
| THOMAS | $1,473 | $145,807 |
| SHERIDAN | $1,702 | $6,807 |
| GRAHAM | $1,591 | $14,316 |
| ROOKS | $1,783 | $28,523 |
| OSBORNE | $1,963 | $39,258 |
| MITCHELL | $1,100 | $65,992 |
| CLOUD | $1,322 | $129,563 |
| CLAY | $1,425 | $7,126 |
| RILEY | $3,289 | $610,467 |
| POTTAWATOMIE | $1,460 | $192,763 |
| JACKSON | $1,391 | $541,048 |
| LEAVENWORTH | $1,329 | $586,148 |
| JEFFERSON | $1,643 | $106,769 |
| WYANDOTTE | $1,194 | $1,194,206 |
| OTTAWA | $1,319 | $50,108 |
| LINCOLN | $1,141 | $15,980 |
| GEARY | $1,646 | $770,480 |
| WABAUNSEE | $1,025 | $29,720 |
| SHAWNEE | $1,834 | $2,165,596 |
| DOUGLAS | $1,643 | $912,048 |
| JOHNSON | $1,076 | $1,360,442 |
| WALLACE | $1,303 | $15,631 |
| LOGAN | $1,282 | $33,320 |
| GOVE | $0 | $0 |
| TREGO | $1,307 | $31,359 |
| ELLIS | $2,555 | $482,950 |
| RUSSELL | $1,401 | $77,039 |
| SALINE | $1,504 | $1,225,380 |
| DICKINSON | $1,846 | $208,545 |
| MORRIS | $1,457 | $46,632 |
| ELLSWORTH | $1,145 | $33,193 |
| GREELEY | $917 | $2,751 |
| WICHITA | $1,132 | $11,321 |
| SCOTT | $1,408 | $77,460 |
| LANE | $4,295 | $21,476 |
| NESS | $2,565 | $38,470 |
| RUSH | $1,613 | $20,973 |
| BARTON | $1,047 | $437,729 |
| RICE | $2,035 | $134,321 |
| MCPHERSON | $2,239 | $562,064 |
| MARION | $1,637 | $216,098 |
| CHASE | $1,201 | $25,213 |
| LYON | $1,761 | $431,545 |
| OSAGE | $1,492 | $159,699 |
| FRANKLIN | $1,183 | $306,326 |
| MIAMI | $1,313 | $229,820 |
| HAMILTON | $1,333 | $41,321 |
| KEARNY | $1,041 | $17,695 |
| FINNEY | $1,518 | $561,834 |
| HODGEMAN | $1,252 | $3,756 |
| PAWNEE | $1,387 | $147,003 |
| STAFFORD | $1,017 | $30,507 |
| RENO | $1,766 | $547,358 |
| HARVEY | $1,861 | $770,510 |
| COFFEY | $1,963 | $104,016 |
| ANDERSON | $1,490 | $96,855 |
| LINN | $1,353 | $177,184 |
| EDWARDS | $1,570 | $28,265 |
| STANTON | $1,977 | $11,861 |
| GRANT | $1,402 | $68,702 |
| HASKELL | $1,811 | $30,794 |
| GRAY | $1,301 | $31,222 |
| FORD | $1,261 | $631,903 |
| KIOWA | $1,721 | $36,132 |
| PRATT | $1,316 | $96,039 |
| KINGMAN | $2,201 | $184,911 |
| SEDGWICK | $1,621 | $2,498,718 |
| BUTLER | $1,060 | $322,254 |
| GREENWOOD | $1,029 | $137,864 |
| WOODSON | $1,938 | $54,276 |
| ALLEN | $1,160 | $351,544 |
| BOURBON | $1,472 | $572,621 |
| ELK | $1,561 | $39,035 |
| WILSON | $1,409 | $102,862 |
| NEOSHO | $924 | $251,326 |
| CRAWFORD | $1,369 | $694,153 |
| MORTON | $1,469 | $16,154 |
| STEVENS | $1,881 | $41,393 |
| SEWARD | $1,590 | $402,263 |
| MEADE | $1,763 | $91,694 |
| CLARK | $1,224 | $11,019 |
| COMANCHE | $2,671 | $18,699 |
| BARBER | $1,084 | $23,837 |
| HARPER | $1,676 | $122,380 |
| SUMNER | $1,056 | $163,629 |
| COWLEY | $1,120 | $466,950 |
| CHAUTAUQUA | $1,975 | $21,728 |
| MONTGOMERY | $1,996 | $694,601 |
| LABETTE | $1,706 | $557,820 |
| CHEROKEE | $1,251 | $265,275 |

Kansas State Board of Indigents' Defense Services

# Acknowledgements

We owe a big thanks to all the people whose work contributed to this report.  Our administrative support staff including Kim Mason, Chief Financial Officer and Assistant Director; Brandon Barrett, Assistant Director and General Counsel; Tiffany Reed, Human Resources Director; Michael Troxell, Lead IT Consultants; Susan Sebring, data analyst; and Amber Carey, Legal Assistant to the Director, along with the rest of our administrative office support staff that worked hard to collect the data used throughout this report.

The actual drafting and layout of this report was done by Heather Cessna, our Executive Director and Amber Carey, Legal Assistant to the Director. The cover photo is thanks to Christina Kerls, BIDS Training Director.

Of course, our efforts to continue looking in depth at the issues within the agency and to develop long term solutions to our agency's problems would be progressing without the support of our Board members: Braden Perry, Nicki Rose, Maurice Brewer, Patricia Hudgins, Dr. Michael Birzer, Erica Andrade, Laurel Michel Driskell, and Michelle Ewert.

Most importantly, we have to acknowledge the incredible perseverance and dedication that our BIDS employees and assigned counsel have shown daily as they continue to work towards providing the best defense possible to our clients under the truly difficult circumstances. Thank you to all of you. Your dedication means the world to us as an agency and to our clients whose lives depend on this noble work.



Kansas State Board of Indigents' Defense Services

# FY 2024 Annual Report

Kansas State Board of Indigents' Defense Services
700 SW Jackson Street, Suite 500
Topeka, KS 66603
785-296-6631
inquiry@sbids.org
www.sbids.org