**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**JEFFREY ENGLUND, ALICIA MCKNIGHT, DEBRA NICOLE RICE,** and **ALANNA CARTER**, on behalf of themselves and all others similarly situated,

*Plaintiffs*,

**v.**

**STATE OF KANSAS, et al.,**

*Defendants*.

**No. 2:25-cv-02632-TC-BGS**

**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT**
**JUDGE SARA WELCH WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiffs Jeffrey Englund, Alicia McKnight, Debra Nicole Rice, and Alanna Carter and Defendant Judge Sara Welch that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) Defendant Judge Sara Welch is dismissed from the above captioned action with each party to bear its own costs and fees.

STIPULATED AND AGREED TO:

Dated: February 20, 2026

/s/ *Monica Bennett*
Monica Bennett KS #30497
**ACLU OF KANSAS**
PO Box 13048
Overland Park, KS 66282
(913) 490-4100
mbennett@aclukansas.org

Craig C. Martin *IL #6201581
John Mitchell* IL #6283552
Matthew Thomas* IL #6244009
**WILLKIE FARR & GALLAGHER LLP**
300 N LaSalle Dr.
Chicago, IL 60654
(312) 728-9000
cmartin@willkie.com
jmitchell2@willkie.com
mthomas@willkie.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs and All Others Similarly Situated*

/s/ *Derek. T. Teeter*
DEREK T. TEETER KS BAR NO. 23242
MICHAEL T. RAUPP KS BAR NO. 25831
**HUSCH BLACKWELL LLP**
4801 Main, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080 (FAX)
derek.teeter@huschblackwell.com
michael.raupp@huschblackwell.com

*Attorneys for Defendant Judge Sara Welch*

**CERTIFICATE OF SERVICE**

I certify the foregoing was filed via the Court's electronic filing system this 20th day of February, 2026 which automatically serves notice on all ECF-registered counsel of record.

/s/ *Monica Bennett*

Monica Bennett KS #30497
**ACLU OF KANSAS**
PO Box 13048
Overland Park, KS 66282
(913) 490-4100
mbennett@aclukansas.org